UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ike Terry, Jr.,

          Plaintiff,         Case No. 17-cv-12408

v.                                      Judith E. Levy
                                      United States District Judge
Nancy A. Berryhill, Acting
Commissioner of Social Security,    Mag. Judge Anthony P. Patti

          Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [17]

Before the Court is Magistrate Judge Anthony P. Patti's Report and Recommendation recommending the Court deny plaintiff's motion for summary judgment (Dkt. 15) and grant defendant's motion for summary judgment (Dkt. 16), issued August 14, 2018. (Dkt. 17.) The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation, and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (Dkt. 17) is ADOPTED;

Plaintiff's motion for summary judgment (Dkt. 15) is DENIED;

Defendant's motion for summary judgment (Dkt. 16) is GRANTED; and

The findings of the Commissioner are ADOPTED and this case is hereby DISMISSED.[1]

IT IS SO ORDERED.

Dated: September 10, 2018      s/Judith E. Levy
Ann Arbor, Michigan            JUDITH E. LEVY
                                       United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 10, 2018.

                                         s/Shawna Burns
                                         SHAWNA BURNS
                                         Case Manager

---

[1] The parties, by failing to object to the Report and Recommendation, have waived any further right of appeal. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).